## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

| | | |
|---|---|---|
| **MAEGAN R. TRAPANI,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **File No. 1:13-cv-263-jgm-jmc** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| | : | |
| **Defendant.** | : | |

### <u>ORDER</u>

The Magistrate Judge's Report and Recommendation was filed October 29, 2014.

(Doc. 25.)  After <u>de novo</u> review and absent objection, the Report and Recommendation is

AFFIRMED, APPROVED and ADOPTED.  <u>See</u> 28 U.S.C. § 636(b)(1).

Plaintiff's motion for an order reversing the decision of the Commissioner (Doc. 18)

is DENIED.  Defendant's motion for an order affirming the Commissioner's decision (Doc.

20) is GRANTED.  The decision of the Commissioner is hereby AFFIRMED.

SO ORDERED.

Dated at Brattleboro, in the District of Vermont, this 13th day of January, 2015.


/s/ J. Garvan Murtha
Honorable J. Garvan Murtha
United States District Judge